AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 4-13-07 |
| NAME OF SERVER (PRINT)  Michael Crudele | TITLE  PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: County Ofec Hempstead Rd  New City N Y

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Jill Cacarccolo  Kathleen Foher Bensteen Deputy Directors

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4-13-07
           Date

Signature of Server:  Michael Crudele

Address of Server:  06 Hickory Dr  Campbell Hall NY

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.