# SUSSMAN & WATKINS
*- Attorneys at Law -*

MICHAEL H. SUSSMAN
CHRISTOPHER D. WATKINS

40 PARK PLACE, P.O. BOX 1005
GOSHEN, NEW YORK 10924

(845) 294-3991
Fax: (845) 294-1623
sussman1@frontiernet.net

LEGAL ASSISTANTS
EVELYN BELL
GEORGE FIGUEROA
VIRGINIA ESPOSITO

June 25, 2007

Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

*The below dates are adopted by the Court.
So Ordered,
June 26, 2007*
*Charles L. Brieant*
*USDJ*

re: **Gould v. County of Rockland, et al.**, 07 Civ 2837 (CLB)

Dear Judge Brieant,

The parties in this matter have agreed to the following briefing and argument schedule on the defendants' pending Motion to Dismiss:

Plaintiff's Memorandum in Opposition - June 29
Defendant's Reply Memorandum - July 13
Oral Argument - July 27

We appreciate your Honor's cooperation in these regards and look forward to being with the Court on July 27.

Respectfully,

Michael H. Sussman

cc: John Winter, Esq., counsel for defendants