John D. Winter (JW 3252)
PATTERSON BELKNAP WEBB & TYLER LLP
Attorneys for Defendants
1133 Avenue of the Americas
New York, New York 10036

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JAMES GOULD,

                  Plaintiff,

   - against -

COUNTY OF ROCKLAND,
SUSAN SHERWOOD, sued in her individual
capacity, JACQUELINE STORMES, sued in
her individual capacity, KATHLEEN
TOWER-BERNSTEIN, sued in her individual
capacity, and JILL LAGNADO, sued in her
individual capacity,

                  Defendants.

------------------------------------------------------------x

STIPULATION OF DISMISSAL
WITH PREJUDICE & ORDER

07 Civ. 2837 (CLB)

ECF Case

      IT IS HEREBY STIPULATED AND AGREED that the above-entitled action is dismissed in its entirety with prejudice, with each party to bear their own costs, fees and expenses.

Dated: February 11, 2008

| | |
|---|---|
| SUSSMAN LAW OFFICE<br><br>By: _____<br>Michael H. Sussman, Esq.<br><br>40 Park Place<br>Goshen, New York 10924<br>(845) 294-3991<br><br>Attorneys for Plaintiff | PATTERSON BELKNAP WEBB & TYLER LLP<br><br>By: _____<br>John D. Winter, Esq.<br><br>1133 Avenue of the Americas<br>New York, New York 10036-6710<br>(212) 336-2000<br><br>Attorneys for Defendants |

SO ORDERED: February 13, 2008

_____
U.S.D.J.

(2)

1432745v.1

# SUSSMAN & WATKINS
*- Attorneys at Law -*

MICHAEL H. SUSSMAN
CHRISTOPHER D. WATKINS

40 PARK PLACE, P.O. BOX 1005
GOSHEN, NEW YORK 10924

(845) 294-3991
Fax: (845) 294-1623
sussman1@frontiernet.net

LEGAL ASSISTANTS
GEORGE FIGUEROA
VIRGINIA ESPOSITO

2/12/08

To: Alice Cava - Courtroom Deputy to Judge Charles Brieant
From: Michael Sussman, Esq.

Re: **Gould v. County of Rockland**

Enclosed please find a signed Stipulation dismissing this matter. I apologize to you and the Judge for the delay in filing this.

Enc/